**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN HEALY,

                        Plaintiff,

-vs-                                                              Case No. 6:06-cv-901-Orl-KRS

RHS COMPANIES, INC.,

                        Defendant.

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO WITHDRAW (Doc. No. 34)
>
> **FILED:** April 11, 2007

Counsel for Plaintiff Stephen Healy have asked that the Court grant them permission to withdraw as counsel for Mr. Healy. Mr. Healy is advised that if counsel withdraws, he will be responsible for prosecuting this case on his own behalf, including abiding by all deadlines established by the Court and comply with the rules of procedures governing proceedings in this Court. An enlargement of time ordinarily will not be granted to permit Mr. Healy to obtain new counsel.

Accordingly, it is **ORDERED** that if Mr. Healy objects to the motion to withdraw, he shall file a written objection to the motion with the Court on or before April 27, 2007. If no objection is filed by that date, the motion will be granted as unopposed.

The Clerk of Court is directed to mail a copy of this Order to Stephen Healy, 260 N.E. 3rd Street, Unit F, Delray Beach, Florida 33444.

**DONE** and **ORDERED** in Orlando, Florida on April 12, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties